# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISAAC ZIMMERMAN,
                    Appellant,
vs.
CROSSROADS COMMONS, LTD., LLC;
CROSSROADS COMMONS
MANAGEMENT, L.L.C.; PECCOLE-
NEVADA CORPORATION; PECCOLE
NEVADA CORPORATION; WHOLE
FOODS MARKET; WFM SOUTHERN
NEVADA, INC.; WFM-WO; SPORTS
CHALET; SPORTS CHALET, L.L.C.;
SPORT CHALET, LLC; AND SPORT
CHALET,
                    Respondents.

No. 78382

FILED

APR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S.Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting summary judgment in a personal injury action. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Appellant's claims against the following parties appear to remain

pending below: Sport Chalet, Sport Chalet LLC, and Sports Chalet, LLC. This court therefore lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:    Hon. Richard Scotti, District Judge
Isaac Zimmerman
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
Robison, Sharp, Sullivan & Brust
Eighth District Court Clerk